

**FILED**

10/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0141

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0141

SAMANTHA VULLES, SHERI ESTENSON, et al.,

Plaintiffs and Appellants,

v.

THIES & TALLE MANAGEMENT, INC.,
THIES & TALLE ENTERPRISES, INC.,
ALMANOR INVESTORS LIMITED
PARTNERSHIP and JOHN DOES 1-4,

Defendants and Appellees.

ORDER

**FILED**

OCT 19 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellees have filed a motion to strike the affidavit of Patience Woodill and related exhibits attached to Appellants' reply brief filed on September 29, 2021. Appellees support their motion by arguing that Appellants cannot introduce new evidence to supplement the record for the first time on appeal. They further contend that the affidavit is inadmissible hearsay under M. R. Evid. 801 and 802.

Appellants oppose the motion and respond that Appellees accused them of "forum-shopping" in their response brief; therefore, Woodill's affidavit and related exhibits are the "only course of action to refute those unsubstantiated claims."

We conclude it is appropriate to take the motion to strike under advisement and consider it in conjunction with consideration of the merits of the appeal. Therefore,

IT IS ORDERED that the motion to strike the affidavit of Patience Woodill and related exhibits, attached to Appellants' reply brief, as well as all references thereto, is TAKEN UNDER ADVISEMENT.

The Clerk of the Supreme Court is directed to send a copy of this Order to counsel of record.

DATED this 19 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2